

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JORGE A. LEGARRETA, | § | No. 08-19-00301-CV |
| Appellant, | § | Appeal from the |
| v. | § | 383rd District Court |
| CLAUDIA ALVIDREZ and THE OFFICE OF THE ATTORNEY GENERAL OF TEXAS, | § | of El Paso County, Texas |
| | § | (TC#2012DCM10214) |
| Appellees. | § | |

# J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and his sureties, if any, *see* TEX. R. APP. P. 43.5, on the judgment and all costs for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF JUNE, 2021.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.